IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE POINTER | ) | |
| | ) | |
| Plaintiff | ) | Case No. 06-1056 (RCL) |
| v. | ) | |
| | ) | |
| THE ARCHITECT OF THE CAPITOL | ) ) | Judge: Royce Lamberth |
| Defendant | ) ) | |

## PROOF OF SERVICE

In response to this Court's September 7, 2006 Order to file proof of service in the above captioned civil action, I hereby certify, under the penalty of perjury, that the following is true and correct:

Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7005 1820 0004 0049 8282, to the Architect of the Capitol on August 22, 2006. The summons and Complaint were received on August 25, 2006, and documentation demonstrating service is attached hereto.

Respectfully Submitted,
ALDERMAN & DEVORSETZ, PLLC

/s/ Leslie D. Alderman III (D.C. # 477750)
1025 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.30 |

Postmark Here

Sent To: Architec(t) of the Cap(i)tol
Street, Apt. No.; or PO Box No.: US Capitol Bldng
City, State, ZIP+4: Washington DC 20001

7005 1820 0004 0049 8282

PS Form 3800, June 2002       See Reverse for Instructions

| | |
|---|---|
| From: | "U.S._Postal_Service_"<U.S._Postal_Service@usps.com> |
| Subject: | **USPS Shipment Info for 7005 1820 0004 0049 8282** |
| Date: | September 11, 2006 8:09:26 AM EDT |
| To: | lalderman@a-dlaw.com |

This is a post-only message. Please do not respond.

Les Alderman has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7005 1820 0004 0049 8282

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20515 | 08/25/06 11:20am |
| Arrival at Unit | WASHINGTON DC 20022 | 08/25/06 10:07am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm