IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE POINTER | ) | |
| | ) | |
| Plaintiff | ) | Case No. 06-1056 (RCL) |
| v. | ) | |
| | ) | |
| THE ARCHITECT OF THE CAPITOL | ) ) | Judge: Royce Lamberth |
| Defendant | ) ) | |

## PROOF OF SERVICE

In response to this Court's September 7, 2006 Order to file proof of service in the above captioned civil action, I hereby certify, under the penalty of perjury, that the following is true and correct:

Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7005 1820 0004 0049 8305, to the U.S. Attorney General on August 22, 2006. The summons and Complaint were received on August 28, 2006, and the Return Receipt is attached hereto.

Respectfully Submitted,
ALDERMAN & DEVORSETZ, PLLC

/s/ Leslie D. Alderman III (D.C. # 477750)
1025 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney General
950 Pennsylvania Ave NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emmit L Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): AUG 2 8 2006
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7005 1820 0004 0049 8305
   (Transfer from service label)

7005 1820 0004 0049 8305

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540