IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE POINTER | ) | |
| | ) | |
| Plaintiff | ) | Case No. 06-1056 (RCL) |
| v. | ) | |
| | ) | |
| THE ARCHITECT OF THE CAPITOL | ) ) | Judge: Royce Lamberth |
| Defendant | ) ) | |

## PROOF OF SERVICE

In response to this Court's September 7, 2006 Order to file proof of service in the above captioned civil action, I hereby certify, under the penalty of perjury, that the following is true and correct:

Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7005 1820 0004 0049 8299, to the U.S. Attorney on August 22, 2006. The summons and Complaint were received on August 30, 2006, and the Return Receipt is attached hereto.

Respectfully Submitted,
ALDERMAN & DEVORSETZ, PLLC

/s/ Leslie D. Alderman III (D.C. # 477750)
1025 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>U.S. Attorney<br>555 4th St NW<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>AUG 3 0 2006 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number 7005 1820 0004 0049 8299<br>(*Transfer from service label*)     7005 1820 0004 0049 8299 | |
| PS Form 3811, February 2004 | 102595-02-M-1540 |