**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRUCE POINTER, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>THE ARCHITECT OF )<br>THE CAPITOL, )<br>)<br>    Defendant. )<br>_____) | Civ. No.: 06-CV-1056 (RCL)<br>ECF |

## ANSWER TO COMPLAINT

Defendant, Office of the Architect of the Capitol ("AOC") answers Plaintiff's Complaint as follows:

### JURISDICTION

1. Paragraph 1 sets forth the jurisdiction of this Court and, therefore, a response is not necessary. To the extent a response is necessary, Defendant admits the allegations of Paragraph 1.

2. Paragraph 2 sets for the statutory basis for Plaintiff's Complaint and, therefore, a response is not necessary. To the extent that a response is necessary, Defendant admits that Plaintiff purports to bring an action under the Congressional Accountability Act and Title VII. Defendant, however, denies that Plaintiff can bring a claim under "the common law."

3. Defendant denies the allegations in Paragraph 3.

4. Defendant admits the allegations in Paragraph 4.

5. Defendant denies the allegations in Paragraph 5 because Plaintiff is no longer an employee.

6. Defendant lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 6 and, therefore, denies them.

## BACKGROUND FACTS RELATED TO ALL COUNTS

7. Defendant incorporates by reference all of the responses to Paragraphs 1-6 above.

8. Defendant denies the allegations in Paragraph 8 to the extent that the allegations imply that Plaintiff was a permanent employee of the AOC. Plaintiff was only employed as a temporary stonemason.

9. Defendant lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 9 and, therefore, denies them.

10. Defendant lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 10 and, therefore, denies them.

11. Defendant denies the first sentence of Paragraph 11. Defendant admits the allegations of the second sentence of Paragraph 11.

12. Defendant denies the allegations in Paragraph 12.

13. Defendant admits that Plaintiff was ultimately terminated on or about October 5, 2005. Except for the foregoing admission, Defendant denies the remaining allegations in Paragraph 13.

### Count I: Discrimination Based on Race

14. Defendant incorporates by reference all of the responses in Paragraphs 1-13 above.

15. Defendant denies the allegations in Paragraph 15.

16. Defendant denies the allegations in Paragraph 16.

### Count II: Retaliation

17. Defendant incorporates by reference all of the responses Paragraphs 1-16 above.

18. Defendant denies the allegations in Paragraph 18.

19. Defendant denies the allegations in Paragraph 19.

The remainder of Plaintiff's Complaint set forth Plaintiff's prayer for relief and, therefore, a response is not necessary. To the extent that a response is necessary, Defendant denies that Plaintiff is entitled to the relief sought, or to any relief whatsoever. Defendant further avers that any compensatory damages award would be

subject to and limited by 42 U.S.C. § 1981a.

All allegations of the Complaint not specifically admitted above are denied.

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Court lacks subject matter jurisdiction over the Complaint or a portion thereof.

### SECOND DEFENSE

The Complaint or a portion thereof may be barred by the applicable limitations period.

### THIRD DEFENSE

The Plaintiff may not have properly exhausted his administrative remedies.

### FOURTH DEFENSE

The Complaint or a portion thereof fails to state a claim upon which relief may be granted.

Defendant expressly denies all allegations to which no specific response has been made.

Defendant prays that the Court enters judgment in favor of Defendant and dismisses the above-captioned with prejudice.


Dated: October 30, 2006.                    Respectfully Submitted,


                                            ___/s/___ Jeffrey A. Taylor_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney


                                            ___/s/___ Rudolph Contreras_____
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant