UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, )<br>　　　　　　　　Plaintiff, )<br>　　v. )<br>THE ARCHITECT OF )<br>THE CAPITOL, )<br>　　　　　　　　Defendant. ) | Case No. 1:06CV01056<br><br>Judge Royce C. Lamberth<br><br>Related Case: 1:06CV01576 |

**NOTICE OF APPEARANCE**

Please take note that Bruce Pointer, Plaintiff in the above-captioned matter, has designated the undersigned as his representative in the above-referenced case.

Respectfully Submitted,

_____/s/_____
Sundeep Hora
D.C. Bar No. 472944
ALDERMAN & DEVORSETZ, PLLC
1025 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
Tel. 202.969.8220
Fax 202.969.8224
E-mail: shora@a-dlaw.com

**CERTIFICATE OF SERVICE (ECF)**

I certify that on November 1, 2006, I electronically filed the foregoing with the Clerk of the Court by using the Court's Electronic Case Filing (ECF) system that will send a Notice of Electronic Filing to the following:

Leslie David Alderman, III (lalderman@a-dlaw.com, cdevorsetz@a-dlaw.com)

John C. Truong (john.truong@usdoj.gov)

_____/s/_____
Sundeep Hora