UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE POINTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-CV-1056 (RCL) |
| | ) | ECF |
| | ) | |
| THE ARCHITECT OF | ) | |
| THE CAPITOL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests an extension of time from November 22, 2006, to November 28, 2006, to respond to Plaintiff's Motion to Consolidate Related Actions (Dkt. No. 9). Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause to grant this Motion. Defendant fully intended to respond to Plaintiff's Motion to Consolidate by November 22, 2006, the due date; however, the undersigned has not had an opportunity to confer with agency counsel on the issues. Specifically, during the previous week and these past three days, the undersigned was required to devote more time than anticipated in preparing and defending two depositions. Furthermore, the undersigned had a mediation on Monday that took longer than initially scheduled. Due to these obligations the undersigned did not have an opportunity to confer with agency counsel on the appropriate response to Plaintiff's Motion to Consolidate. Furthermore, given the Thanksgiving holiday, the undersigned is not able to confer with agency counsel until next Monday.

     For these reasons, the Court should grant this brief extension of time until November 28, 2006, for Defendant to respond to Plaintiff's Motion to Consolidate.

Dated: November 22, 2006.                    Respectfully Submitted,

        /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


        /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

        /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, )<br> )<br>  Plaintiff, )<br> )<br> v. )<br> )<br> )<br>THE ARCHITECT OF )<br>THE CAPITOL, )<br> )<br>  Defendant. )<br>_____) | Civ. No.: 06-CV-1056 (RCL)<br>ECF |

### ORDER

Upon consideration of Defendant's Motion for an Extension of Time to Respond to Plaintiff's Motion to Consolidate and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion for an Extension of Time to Respond to Plaintiff's Motion to Consolidate be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including November 28, 2006, to respond to Plaintiff's Motion to Consolidate Related Actions (Dkt. No. 9).

SO ORDERED.

_____
U.S. District Judge