UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1056 (RCL) |
| THE ARCHITECT OF THE CAPITOL, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of defendant's Motion [11] for an Extension of Time to Respond to Plaintiff's Motion to Consolidate and the entire record herein, it is hereby

ORDERED that defendant's Motion for an Extension of Time to Respond to Plaintiff's Motion to Consolidate be and is hereby GRANTED; and it is

FURTHER ORDERED that defendant shall have up to and including November 28, 2006, to respond to plaintiff's Motion to Consolidate Related Actions [9].

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 22, 2006.