UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE POINTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-CV-1056 (RCL) |
| | ) | ECF |
| | ) | |
| THE ARCHITECT OF | ) | |
| THE CAPITOL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests a two-business day extension of time from November 28, 2006, to November 30, 2006, to respond to Plaintiff's Motion to Consolidate Related Actions (Dkt. No. 9). Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause to grant this Motion. Defendant fully intended to respond to Plaintiff's Motion to Consolidate by November 28, 2006, the due date; however, the undersigned counsel still needs to confer with agency counsel to finalize Defendant's response. Specifically, agency counsel and the undersigned have conferred on the issues but a final decision on the appropriate response was not made. The undersigned, therefore, will need to get agency counsel's input to prepare an appropriate response to Plaintiff's Motion.

For these reasons, the Court should grant this brief extension of time until November 30, 2006, for Defendant to prepare an appropriate response to Plaintiff's Motion to Consolidate.

Dated: November 28, 2006.              Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>THE ARCHITECT OF )<br>THE CAPITOL, )<br>)<br>  Defendant. )<br>_____) | Civ. No.: 06-CV-1056 (RCL)<br>ECF |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time to Respond to Plaintiff's Motion to Consolidate and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion for an Extension of Time to Respond to Plaintiff's Motion to Consolidate be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including November 30, 2006, to respond to Plaintiff's Motion to Consolidate Related Actions (Dkt. No. 9).

SO ORDERED.

_____
U.S. District Judge