UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BRUCE POINTER,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1056 (RCL) |
| **THE ARCHITECT OF THE CAPITOL,** | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of plaintiff's Motion [9] to Consolidate Civil Action Nos. 06-1056 and 06-1576, the opposition thereto, and the entire record herein, plaintiff's Motion is DENIED. Since the deciding officials are different in the two cases, a joint trial is not appropriate. The relate case rule will ensure proper coordination of discovery, and defendant's objection that the two case are not related is rejected.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 1, 2007.

1