UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE ARCHITECT OF )<br>THE CAPITOL, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1056 (RCL) |

## SCHEDULING ORDER

The following schedule shall govern the litigation of this case:

1. Fact Discovery Close:     July 25, 2007

2. Dispositive Motions:     August 25, 2007

3. Oppositions:     September 25, 2007

4. Replies:     October 8, 2007

5. Pretrial Conference:     To be scheduled after resolution of any dispositive motions.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, February 1, 2007.