**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BRUCE POINTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Case No. 1:06CV01056 |
| | ) |
| **THE ARCHITECT OF** | ) Judge Royce C. Lamberth |
| **THE CAPITOL,** | ) |
| | ) Related Case: 1:06CV01576 |
| **Defendant.** | ) |
| | ) |

## NOTICE OF FIRM NAME AND ADDRESS CHANGE

Please take note that effective immediately, the law firm of Alderman & Devorsetz, PLLC, 1025 Connecticut Ave., NW, Suite 1000, Washington D.C. 20036, has changed its name to Alderman, Devorsetz & Hora, PLLC and relocated to Suite 615 of its current location. The firm has also changed its email domain from a-dlaw.com to adhlawfirm.com. The above changes pertain to Plaintiffs' counsel, Attorneys Sundeep Hora and Leslie Alderman, III and are indicated in bold below the signature line.

Respectfully Submitted,

_____/s/_____
Sundeep Hora
D.C. Bar No. 472944
**ALDERMAN, DEVORSETZ & HORA, PLLC**
1025 Connecticut Ave., NW
**Suite 615**
Washington, D.C. 20036
Tel. 202.969.8220
Fax 202.969.8224
**E-mail: shora@adhlawfirm.com**

<u>**CERTIFICATE OF SERVICE (ECF)**</u>

I certify that on February 19, 2007, I electronically filed the foregoing with the Clerk of the Court by using the Court's Electronic Case Filing (ECF) system that will send a Notice of Electronic Filing to the following:

Leslie David Alderman, III (lalderman@adhlawfirm.com, cdevorsetz@adhlawfirm.com)

John C. Truong (john.truong@usdoj.gov)

_____/s/_____
Sundeep Hora