UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE POINTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-CV-1056 (RCL) |
| | ) | ECF |
| | ) | |
| THE ARCHITECT OF | ) | |
| THE CAPITOL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests a nine-day extension of time from June 13, 2007, to June 22, 2007, to respond to Plaintiff's written discovery requests. Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff's counsel does not consent to this Motion.[1]

There is good cause to grant this Motion. By mutual agreement, the parties have extended the deadlines for responding to each other's written discovery requests, with the latest deadline falling on June 13, 2007. Defendant fully intended to respond Plaintiff's discovery requests by this deadline; however, additional time is needed for three reasons. First, additional time is needed for Defendant to provide more complete responses to Plaintiff's written interrogatories. Second, agency counsel, who has played an essential role on this matter, is out of town today and will also be out of the office on Thursday and Friday. His input on the

---

[1] Counsel for the parties engaged in good faith discussion on this Motion but were unable to reach an agreement.

responses is necessary. The undersigned needs to confer with agency counsel on some of the interrogatories. Finally, the undersigned has been devoting substantial time in preparing for a one-week (June 13-20) jury trial with Judge Walton. Given this pressing obligation, the undersigned counsel needs the additional time – until after the jury trial – to complete the discovery responses.

For the foregoing reasons, Defendant respectfully requests that the Court grant Defendant a nine-day extension of time to respond to Plaintiff's discovery requests.

Dated: June 11, 2007.                    Respectfully Submitted,


     /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


     /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

     /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER,               ) | |
|                              ) | |
|     Plaintiff,               ) | |
|                              ) | |
|     v.                       ) | Civ. No.: 06-CV-1056 (RCL) |
|                              ) | ECF |
|                              ) | |
| THE ARCHITECT OF             ) | |
| THE CAPITOL,                 ) | |
|                              ) | |
|     Defendant.               ) | |
| _____) | |

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time to Respond to Plaintiff's Discovery Requests and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including June 22, 2007, to respond to Plaintiff's written discovery requests.

SO ORDERED.

_____
U.S. District Judge