UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER,                )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>THE ARCHITECT OF              )<br>THE CAPITOL,                  )<br>                              )<br>    Defendant.                )<br>_____) | Civ. No.: 06-CV-1056 (RCL)<br>ECF |

**DEFENDANT'S CONSENT MOTION TO AMEND THE FEBRUARY 1, 2007
SCHEDULING ORDER (Dkt. No. 17)**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests that the Court amend the February 1, 2007 Scheduling Order by extending all deadlines by sixty days.  Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause to grant this Motion.  At present, the discovery in this matter closes on July 25, 2007.  The parties need additional time to complete fact discovery.  Specifically, the parties have exchanged written discovery responses; however, there are certain disputes that the parties are attempting to resolve without judicial intervention.  Moreover, additional time is also needed to complete deposition discovery.  Given the schedules of counsel and the witnesses, it taken longer than anticipated to schedule deposition dates mutually convenient for all involved.

For the foregoing reasons, Defendant respectfully requests that the Court amend the February 1, 2007 Schedule Order as follows:

| Events | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Fact Discovery Close | July 25, 2007 | September 25, 2007 |
| Dispositive Motions | August 25, 2007 | October 25, 2007 |
| Oppositions | September 25, 2007 | November 25, 2007 |
| Replies | October 8, 2007 | December 8, 2007 |

Dated: June 11, 2007.            Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-CV-1056 (RCL) |
| ) | ECF |
| ) | |
| THE ARCHITECT OF ) | |
| THE CAPITOL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

Upon consideration of Defendant's Consent Motion to Amend the February 1, 2007 Scheduling Order and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion to Amend the February 1, 2007 Scheduling Order be and is hereby GRANTED; and it is

FURTHER ORDERED that the February 1, 2007 Scheduling Order be and is hereby AMENDED as follows:

| Events | Deadlines |
|---|---|
| Fact Discovery Close | September 25, 2007 |
| Dispositive Motions | October 25, 2007 |
| Oppositions | November 25, 2007 |
| Replies | December 8, 2007 |

SO ORDERED.

_____
U.S. District Judge