UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1056 (RCL) |
| THE ARCHITECT OF THE CAPITOL, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's consent Motion [22] to amend the February 1, 2007 Scheduling Order, and the entire record herein, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the February 1, 2007 Scheduling Order is amended as follows:

1. Fact Discovery Close:    September 25, 2007

2. Dispositive Motions:    October 25, 2007

3. Oppositions:    November 25, 2007

4. Replies:    December 8, 2007

5. Pretrial Conference:    To be scheduled after resolution of any dispositive motions.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 13, 2007.