UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRUCE POINTER,                     )
                                   )
    Plaintiff,                      )
                                   )
v.                                 )    Civ. No.: 06-CV-1056 (RCL)
                                   )
                                   )
THE ARCHITECT OF                   )
THE CAPITOL,                       )
                                   )
    Defendant.                      )
_____)

**ORDER**

Upon consideration of Defendant's Consent Motion to Amend the July 16, 2007 Minute Order and the entire record herein, it is hereby

ORDERED that Defendant's Consent Motion to Amend the July 16, 2007 Minute Order be and is hereby GRANTED; and it is

FURTHER ORDERED that the July 16, 2007 Minute Order be and is hereby AMENDED as follows:

| Events | Current Deadlines | Proposed Deadlines |
| --- | --- | --- |
| Fact Discovery Close | September 25, 2007 | November 25, 2007 |
| Dispositive Motions | October 25, 2007 | January 3, 2008 |
| Oppositions | November 25, 2007 | February 3, 2008 |
| Replies | December 8, 2007 | February 17, 2007 |

SO ORDERED.

                                              _____/s/_____
                                              U.S. District Judge Royce C. Lamberth
                                              October 2, 2007