# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-CV-1056 (RCL) |
| ) | ECF |
| ) | |
| THE ARCHITECT OF ) | |
| THE CAPITOL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DEFENDANT'S CONSENT MOTION TO AMEND
## THE OCTOBER 2, 2007 MINUTE ORDER

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests that the Court amend the October 2, 2007 Minute Order by extending all deadlines by sixty days. Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause to grant this Motion. At present, fact discovery in this matter closes on November 25, 2007. See Oct. 2, 2007 Minute Order. The parties need additional time to complete fact discovery. To date, Plaintiff has deposed three agency witnesses and two former employees. Defendant has produced more than 2,500 pages of documents to date and intends to produce more documents shortly.[1]

Specifically, Defendant is producing approximately 300 additional documents today. This recent production will likely affect the deposition of at least two fact witnesses. Furthermore, Plaintiff just served his second set of discovery requests on Defendant and

---

[1] The parties are in the process of finalizing a stipulated dismissal of a companion case, Pointer v. AOC, Civ. No. 06-1756 (RCL), and anticipate filing the stipulated dismissal shortly.

Defendant anticipates producing additional responsive documents. To avoid the unnecessary expenses of having to redepose witnesses who have yet to be deposed, the parties have agreed to reschedule these depositions to allow Plaintiff's counsel an opportunity to review the documents.

Furthermore, Defendant also recently served Rule 45 subpoenas on the International Union of Bricklayers and Allied Craftworkers, Local 1 ("Union"), seeking documents pertaining to Plaintiff. Documents produced by the Union will likely affect Plaintiff's deposition and also possibly the deposition of agency employees.

For the foregoing reasons, Defendant respectfully requests that the Court amend the October 2, 2007 Minute Order as follows:

| Events | Current Deadlines | Proposed Deadlines |
| --- | --- | --- |
| Fact Discovery Close | November 25, 2007 | February 25, 2008 |
| Dispositive Motions | January 3, 2008 | March 25, 2008 |
| Oppositions | February 3, 2008 | April 25, 2008 |
| Replies | February 17, 2008 | May 10, 2008 |

Dated: October 30, 2007.                Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER,           ) | |
|       ) | |
|    Plaintiff,           ) | |
|       ) | |
|    v.           ) | Civ. No.: 06-CV-1056 (RCL) |
|       ) | ECF |
|       ) | |
| THE ARCHITECT OF          ) | |
| THE CAPITOL,           ) | |
|       ) | |
|    Defendant.           ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Consent Motion to Amend the July 16, 2007 Minute Order and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion to Amend the October 2, 2007 Minute Order be and is hereby GRANTED; and it is

FURTHER ORDERED that the October 2, 2007 Minute Order be and is hereby AMENDED as follows:

| Events | Deadlines |
|---|---|
| Fact Discovery Close | February 25, 2008 |
| Dispositive Motions | March 25, 2008 |
| Oppositions | April 25, 2008 |
| Replies | May 10, 2008 |

SO ORDERED.

                                                                  _____
                                                                  U.S. District Judge