# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER,           ) | |
|                             ) | |
|     Plaintiff,      ) | |
|                             ) | |
| v.                                   ) | Civ. No.: 06-CV-1056 (RCL) |
|                             ) | ECF |
| THE ARCHITECT OF         ) | |
| THE CAPITOL,                 ) | |
|                             ) | |
|     Defendant.    ) | |

## ORDER

Upon consideration of Defendant's Consent Motion [28] to Amend the July 16, 2007 Minute Order and the entire record herein, it is this 31st day of October, 2007,

ORDERED that Defendant's Consent Motion to Amend the October 2, 2007 Minute Order be and is hereby GRANTED; and it is

FURTHER ORDERED that the October 2, 2007 Minute Order be and is hereby AMENDED as follows:

| Events | Deadlines |
|---|---|
| Fact Discovery Close | February 25, 2008 |
| Dispositive Motions | March 25, 2008 |
| Oppositions | April 25, 2008 |
| Replies | May 10, 2008 |

SO ORDERED.

                                                    _____/s/_____
                                                    U.S. District Judge Royce C. Lamberth