UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-CV-1056 (RCL) |
| ) | ECF |
| THE ARCHITECT OF ) | |
| THE CAPITOL, ) | |
| ) | |
|    Defendant. ) | |
| _____) | |

**THE PARTIES' JOINT MOTION TO REFER THIS CASE
TO FEDERAL COURT MEDIATION**

Pursuant to Local Rule 84, the parties respectfully request that the Court refer this matter to the U.S. District Court Mediation Program administered by the Office of Circuit Executive for the U.S. Courts for the District of Columbia Circuit for mediation purposes. The parties also request that the Court stay all proceedings in this case until mediation has concluded.

There is good cause for the Court to grant this Motion. At present, fact discovery closes on February 25, 2008. The parties have engaged in substantial discovery, with only a few witnesses remaining to be deposed. Given the discovery to date, the parties would like to explore possibilities of resolving this case without further litigation. The parties believe that the Court's mediation program can assist in this process. Accordingly, the parties respectfully request that the Court refer this matter to the court mediation program for 60 days.

In the meantime, to conserve resources and to advance judicial economy, the parties respectfully request that the Court stay all proceedings, including discovery, during the mediation period. At the end of the 60-day mediation period, the parties will submit a Joint

Status Report to the Court on the progress of the case.  If the case is not resolved by that time, the parties will also include a proposed scheduling order governing the litigation of the case.

Dated: January 28, 2008.	Respectfully Submitted,

_//s// with permission_____
Sundeep Hora (DC Bar. No. 472944)
Les Alderman (DC Bar. No. 477750)
Alderman & Devorsetz, PLLC
1025 Connecticut Ave., NW
Washington, DC 20036
Tel: 202-969-8220
shora@a-dlaw.com

Counsel for the Plaintiff


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER,<br>　　Plaintiff,<br><br>　　v.<br><br>THE ARCHITECT OF<br>THE CAPITOL,<br>　　Defendant. | )<br>)<br>)<br>)　　Civ. No.: 06-CV-1056 (RCL)<br>)　　ECF<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Parties' Joint Motion To Refer This Case to Federal Court Mediation and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that the Parties' Joint Motion To Refer This Case to Federal Court Mediation be and is hereby GRANTED; and it is

ORDERED that the case is referred to the U.S. District Court Mediation Program administered by the Office of Circuit Executive for the U.S. Courts for the District of Columbia Circuit for mediation purposes for 60 days; it is

ORDERED that all proceedings in this case shall be STAYED until the close of mediation; and it is

FURTHER ORDERED that the parties shall submit a Joint Status Report at the end of the mediation period on the progress of settlement and, if necessary, a proposed scheduling order governing the litigation of this case.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge