UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER,<br>    Plaintiff,<br><br>v.<br><br>THE ARCHITECT OF<br>THE CAPITOL,<br>    Defendant. | )<br>)<br>)<br>)  Civ. No.: 06-CV-1056 (RCL)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Parties' Joint Motion To Refer This Case to Federal Court Mediation and the entire record herein, it is this 4th day of February, 2008,

ORDERED that the Parties' Joint Motion To Refer This Case to Federal Court Mediation be and is hereby GRANTED; and it is

ORDERED that the case is referred to the U.S. District Court Mediation Program administered by the Office of Circuit Executive for the U.S. Courts for the District of Columbia Circuit for mediation purposes for 60 days; it is

ORDERED that all proceedings in this case shall be STAYED until the close of mediation; and it is

FURTHER ORDERED that the parties shall submit a Joint Status Report at the end of the mediation period on the progress of settlement and, if necessary, a proposed scheduling order governing the litigation of this case.

SO ORDERED.

__/s/_____
U.S. District Judge Royce C. Lamberth