UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER,           )<br>                              )<br>    Plaintiff,            )<br>                              )<br>v.                            ) <br>                              )<br>THE ARCHITECT OF   )<br>THE CAPITOL,           )<br>                              )<br>    Defendant.         )<br>_____)  | Civ. No.: 06-CV-1056 (RCL)<br>ECF |

**JOINT STATUS REPORT**

Pursuant to the Court's February 5, 2008 order, the parties submit the following status report.

On or about February 4, 2008, the Court granted the parties' joint motion to refer this case to the U.S. District Court Mediation Program. The parties have conferred with the assigned mediator and have set two days aside to conduct the mediation, March 17, 2008 and March 21, 2008.

The parties request that they be permitted to provide a status update to the Court after these two mediation sessions, on or around March 28, 2008. At that time, the parties will be able to apprise the Court as to whether mediation was successful, and if not, request an appropriate extension to conclude the remaining discovery in this case and a proposed schedule for the filing of dispositive motions.

Dated: March 4, 2008.                    Respectfully Submitted,

                                                            _____/s/_____

Sundeep Hora
D.C. Bar No. 472944
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, D.C. 20036
Tel. 202.969.8220
Fax 202.969.8224
E-mail: shora@adhlawfirm.com


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney




   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

   Attorneys for Defendant