UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THE ARCHITECT OF )<br>THE CAPITOL, )<br>)<br>Defendant. )<br>_____ ) | Civ. No.: 06-CV-1056 (RCL)<br>ECF |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO CONTINUE STAY**

The parties have agreed in principle to settle the above-captioned matter. The parties are in the process of finalizing the terms the Settlement Agreement and anticipate submitting a Stipulated Settlement Agreement and Order for the Court's approval in the next 30 days.

In light of this development, the parties request that the Court continue to stay proceedings in this case for thirty-days.

Dated: March 28, 2008.           Respectfully Submitted,

                                 _____/s/_____
                                 Sundeep Hora
                                 D.C. Bar No. 472944
                                 ALDERMAN, DEVORSETZ & HORA PLLC
                                 1025 Connecticut Ave., NW
                                 Suite 615
                                 Washington, D.C. 20036
                                 Tel. 202.969.8220
                                 Fax 202.969.8224
                                 E-mail: shora@adhlawfirm.com

   /s/   Jeffrey A. Taylor w/permission
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras w/permission
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


   /s/   John C. Truong  w/ permission
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

   Attorneys for Defendant