UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1056 (RCL) |
| THE ARCHITECT OF THE CAPITOL, | ) |
| Defendant. | ) |

## ORDER

In light of the joint notice [33] of settlement, this case is hereby administratively terminated on the active dockets of this Court, subject to reinstatement if the settlement is not effectuated within 30 days of this date.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on March 31, 2008.