UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE POINTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-CV-1056 (RCL) |
| | ) | ECF |
| THE ARCHITECT OF | ) | |
| THE CAPITOL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests a two-week extension of time from April 30, 2008, to May 15, 2008, to consummate the settlement agreement of this case.

The parties conferred under Local Rule 7(m) and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion. On March 28, 2008, the parties informed the Court that they have agreed in principle to settle this case. See Dkt. No. 33. On March 31, 2008, the Court administratively closed this case, subject to reinstatement if the settlement was not effectuated within 30 days. See Dkt. No. 34. At present, Plaintiff and his counsel have approved the settlement agreement in this case. Defendant needs an additional two weeks to obtain the agency and supervisory approval of the settlement agreement prior to filing it with the Court.

      For the foregoing reasons, the Court should grant the parties until May 15, 2008, to file the settlement agreement

Dated: April 29, 2008.　　　　　　　　　　Respectfully Submitted,

                                              /s/   Jeffrey A. Taylor
                                       JEFFREY A. TAYLOR, D.C. BAR # 498610
                                       United States Attorney

                                              /s/   Rudolph Contreras
                                       RUDOLPH CONTRERAS, D.C. BAR #434122
                                       Assistant United States Attorney

                                            /s/   John C. Truong
                                       JOHN C. TRUONG, D.C. BAR #465901
                                       Assistant United States Attorney
                                       555 Fourth Street, N.W.
                                       Washington, D.C.  20530
                                       (202) 307-0406

                                       Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER,<br>    Plaintiff,<br><br>v.<br><br>THE ARCHITECT OF<br>THE CAPITOL,<br>    Defendant.<br>_____ | )<br>)<br>)<br>)    Civ. No.: 06-CV-1056 (RCL)<br>)    ECF<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Motion For An Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion For An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that the parties shall have up to May 15, 2008, to file the settlement agreement in this case.

SO ORDERED.

_____
U.S. District Judge